**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Luis Valle, et al.,

          Plaintiffs,

v.

Pindernation Electric LLC, et al.,

          Defendants.

No. CV-22-01477-PHX-DLR

**ORDER**

At issue is Plaintiffs' motion for attorney fees. (Doc. 74.) Defendants did not respond to the motion. Pursuant to LRCiv 7.2(i), the Court may treat Defendants' failure to respond as a consent to the granting of the motion. On its merits, however, the Court finds that an award of fees is appropriate. Plaintiffs are the prevailing parties in a case brought under the Fair Labor Standards Act, which contains a fee-shifting provision. 29 U.S.C. § 216(b). Plaintiffs' fee application contains the documentation required by LRCiv 54.2, including a task-based itemization of the attorney fees incurred and an explanation of the rates charged. In total, Plaintiffs seek $13,059 in attorney fees, representing the work of three experienced attorneys. On review, these charges appear reasonable, and in failing to respond, Defendants have proffered no objections to the reasonableness of the fees incurred. Accordingly,

/ / /

/ / /

**IT IS ORDERED** that Plaintiffs' motion for attorney fees (Doc. 74) is **GRANTED** and Plaintiffs are awarded $13,059 in reasonable attorney fees.

Dated this 21st day of March, 2024.

Douglas L. Rayes
United States District Judge